UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AIDA MARKISIC,                                          :    Case No. 08-cv-05478 (SCR)
                                                        :
         Plaintiff,                                   :
                                                        :    NOTICE OF APPEARANCE
  -against-                                             :
                                                        :
THE YANKEE SYSTEMS, INC.,                               :
JOSEPH FISCHBEIN, PARTRIDGE &                           :
PARTRIDGE REALTY CORP., CHRIS                           :
PARTRIDGE, WESTERMAN, BALL,                             :
EDERER, MILLER & SHARFSTEIN,                            :
LLP, PHILIP J. CAMPISI, JR., ACME                       :
REALTY INC., ANTONIO HECTOR                             :
AUGUSTI and HEWES STATION, LLC,                         :
                                                        :
         Defendants.                                  :
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendants, PARTRIDGE &

PARTRIDGE REALTY CORP., CHRIS PARTRIDGE and HEWES STATION, LLC.

    I certify that I am admitted to practice in this court.

Dated: Melville, New York
       June 30, 2008

                                    KUSHNICK & ASSOCIATES, P.C.

                              By:   /s/ Craig H. Handler
                                    Craig H. Handler, Esq. (CHH 2002)
                                    445 Broad Hollow Road, Suite 124
                                    Melville, New York 11747
                                    Tel: (631) 752-7100
                                    Fax: (631) 777-7732

STATE OF NEW YORK, COUNTY OF SUFFOLK) ss.:

MARY E. McNULTY, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years and reside at Suffolk County, New York.

That on the 30th day of June, 2008, I served the within:

**NOTICE OF APPEARANCE**

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

Orseck Law Offices PLLC
Attorneys for Plaintiff, **Aida Markisic**
1924 State Route 42
P.O.Box 469
Liberty, NY  12754

**The Yankee Systems, Inc.**
137 Starlight Road
Monticello, NY 12701

**Joseph Fischbein**
137 Starlight Road
Monticello, NY 12701

**Westerman, Ball, Ederer, Miller & Sharfstein LLP**
477 Madison Avenue
New York, NY 10022

**Philip J. Campisi, Jr.**
Westerman, Ball, Ederer, Miller & Sharfstein LLP
477 Madison Avenue
New York, NY 10022

**ACME Realty Inc.**
3297 23rd Street
Astoria, NY 11106

**Antonio Hector Augusti**
200 Whitehorn Drive
Miami Springs, FL 33166

                                                /s/
                                      MARY E. McNULTY

Sworn to before me
on the   30th day of June, 2008

/s/
   Notary Public