## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08-cv-05478                      Purchased/Filed: June 18, 2008

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT

---

*Aida Markisic* — Plaintiff

against

*The Yankee Systems, Inc., et al* — Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

      Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on June 24, 2008, at 2:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Amended Complaint with Exhibits on Hewes Station, LLC, the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 303 Limited Liability Company Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 38    Approx. Wt: 145    Approx. Ht: 5'5"  
Color of skin: White    Hair color: Blonde    Sex: F    Other: ___

Sworn to before me on this  
26th day of June, 2008

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0806026

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**