## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08-cv-05478    Purchased/Filed: June 18, 2008
STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

*Aida Markisic*    Plaintiff

against

*The Yankee Systems, Inc., et al*    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 24, 2008_____, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Amended Complaint with Exhibits
on

_____Partridge & Partridge Realty Corp._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age: ___38___   Approx. Wt: ___145___   Approx. Ht: ___5'5"___
Color of skin: ___White___   Hair color: ___Blonde___   Sex: ___F___   Other: _____

Sworn to before me on this

___26th___ day of _____June, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified In Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0806025

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*