# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08-cv-05478                                                  Purchased/Filed: June 18, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT

---

*Aida Markisic*                                                              Plaintiff

against

*The Yankee Systems, Inc., et al*                                             Defendant

---

STATE OF NEW YORK         SS.:
COUNTY OF ALBANY

____Jessica Miller____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____June 24, 2008____, at ____2:00pm____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Amended Complaint with Exhibits

on ____The Yankee Systems, Inc.____, the Defendant in this action, by delivering to and leaving with ____Donna Christie____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ____2____ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ____40____ dollars; That said service was made pursuant to Section ____306 Business Corporation Law____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __38__   Approx. Wt: __145__   Approx. Ht: __5'5"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other: _____

Sworn to before me on this

__26th__ day of ____June, 2008____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0806024

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**