# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08-cv-05478  
STATE OF NEW YORK   UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT

Purchased/Filed: June 18, 2008

Aida Markisic — Plaintiff

against

The Yankee Systems, Inc., et al — Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY   SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 24, 2008_____, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Amended Complaint with Exhibits on _____Acme Realty Inc._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __38__  Approx. Wt: __145__  Approx. Ht: __5'5"__  
Color of skin: __White__  Hair color: __Blonde__  Sex: __F__  Other: _____

Sworn to before me on this  
__26th__ day of _____June, 2008_____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0806027

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**