# VERIFIED RETURN OF SERVICE

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Index Number: 08-CV-5489 (SCR)
Date Filed: _____

Plaintiff:
**AIDA MARKISIC**

vs.

Defendant:
**THE YANKEE SYSTEMS INC., ET AL.,**

For:
Jared Lopez, Esq.
BLACK, SREBNICK, KORNSPAN & STRUMPF, P.A
201 S. Biscayne Blvd.
Suite 1300
Miami, FL 33131

Received by CIVIL PROCESS, LLC. on the 30th day of June, 2008 at 3:46 pm to be served on **ANTONIO HECTOR AUGUSTI, 200 WHITEHORN DR., MIAMI SPRINGS, FL.**

I, Robert Hernandez, being duly sworn, depose and say that on the **30th day of June, 2008 at 9:20 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE WITH AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ANTONIO HECTOR AUGUSTI** at the address of: **200 WHITEHORN DR., MIAMI SPRINGS, FL**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 6'3, Weight: 260, Hair: Bald, Glasses: N

I acknowledge that I am a Certified Process Server in the Circuit in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. No Notary is required pursuant to F.S. 92.525 (2)

Robert Hernandez
Certified Process Server #1660

Subscribed and Sworn to before me on the 1st day of July, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC
HELEN SIMPSON
Commission DD 659064
Expires April 4, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

CIVIL PROCESS, LLC.
2655 S. LeJeune Road
Suite 325
Coral Gables, FL 33134
(305) 375-9111
Our Job Serial Number: 2008002412

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

Filed by: Orseck Law Offices PLLC
PO Box 469