AFFIDAVIT OF SUITABLE SERVICE

INDEX # 08CV05478 N

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

Aida Markisic

- against -

The Yankee Systems Inc Joseph Fischbein
Partridge & Partridge Realty Corp Etc

ORSECK LAW OFFICES PLL
1924 State Route 52
LIBERTY
NY 12754

(845) 292-5800

Atty File #         Record # 123574         File # 8

STATE OF NEW YORK: COUNTY OF NASSAU: ss

William J Wittenhagen being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 06/27/08 at 9:33am   at 170 Old Country Road Ste 400 Mineola Ny 11501 deponent served the within Summons & Amended Complaint In A Civil Action on Westerman Ball Ederer Miller & Sharfstein Llp
recipient therein named.

After your deponent was unable with due diligence to serve the recipient in person, service was made by delivering a true copy thereof to and leaving with "Jane Doe" receptionist
a person of suitable age and discretion at 170 Old Country Road Ste 400 Mineola Ny 11501 said premises being the recipient's usual place of business within the State of New York.

Deponent completed service by depositing a copy of the
Summons & Amended Complaint In A Civil Action on 07/01/08 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an offical depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 170 Old Country Road Ste 400 Mineola Ny 11501

Attempts:
A description of the person served on behalf of the defendant is as follows:
Approx Age: 36 Years   Approx Weight: 139 Lbs.   Approx Height: 5'5"
Sex: Female   Color of Skin: Black   Color of Hair: Black
Other: Refused To Give Name

Deponent spoke to "Jane Doe" - Receptionist same as above,

confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply and that the defendant always wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 07/01/08
Jeffrey Wittenberg #41-4906457
Notary Public, State of New York
Nassau County, Commission Expires 08/22/10

William J Wittenhagen

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812

Filed by: Orseck Law Offices PLLC
PO Box 469