**KUSHNICK & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
445 BROAD HOLLOW ROAD • SUITE 124
MELVILLE, NEW YORK 11747
TEL: (631) 752-7100
FAX: (631) 777-7732

LAWRENCE A. KUSHNICK
CRAIG H. HANDLER
VINCENT T. PALLACI
LIDIA D. SZCZEPANOWSKI

LEGAL ASSISTANT
MARY E. McNULTY

MEMO ENDORSED

July 11, 2008

**VIA FACSIMILE ONLY**
Hon. Stephen C. Robinson
United States District Court Judge
Southern District of New York
300 Quarropas St., Room 633
White Plains, NY 10601

        Re:    Aida Markisic v. The Yankee Systems, Inc., et als.
                Case No. 08-cv-5478 (SCR)

Dear Judge Robinson:

      This office represents the defendants Partridge & Partridge Realty, Chris Partridge and Hewes Station LLC (hereinafter referred to as the "Partridge defendants"), in connection with the above-captioned matter. On July 3, 2008, the Patridge defendants submitted a motion to dismiss the complaint pursuant to Rules 12(b)(6) and 9(a) of the Federal Rules of Civil Procedure. Pursuant to Your Honor's Individual Rules of Practice, we have conferred with counsel for the plaintiff and respectfully submit the following proposed briefing schedule:

1. Plaintiff will serve opposition to the motion so that it is received by defendants on or before August 11, 2008.

2. Defendants will serve any reply papers so that it is received by plaintiff on or before August 25, 2008.

3. The motion shall be returnable on August 28, 2008, or on an alternative date convenient to the Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

APPLICATION GRANTED
*Stephen C. Robinson*
HON. STEPHEN C. ROBINSON
7/14/08

Thank you for your consideration.

Respectfully submitted,

Craig H. Handler [CHH-2002]

CHH/ns
cc:
    (845) 292-6749
    Jerry Orseck, Esq.

Briefing schedule is so ordered.