Paul A. Winick (PW-6710)
Lynn & Cahill LLP
58 W. 40th Street
New York, New York 10018
(212) 719-4400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
AIDA MARKISIC,

                Plaintiff                         Case No. 08-cv-05478 (SCR)

        v.                                    **NOTICE OF APPEARANCE**

THE YANKEE SYSTEMS, INC., JOSEPH
FISCHBEIN, PARTRIDGE & PARTRIDGE
REALTY CORP., CHRIS PARTRIDGE,
WESTERMAN, BALL EDERER, MILLER &
SHARFSTEIN, LLP, PHILIP J. CAMPISI, JR.,
ACME REALTY INC., ANTONIO HECTOR
AUGUSTI and HEWES STATION, LLC/,

                Defendants.
-----------------------------------------------------------------

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

       Enter my appearance as counsel in this case for The Yankee Systems, Inc. and Joseph Fishbein (sued herein as Joseph Fischbein).

       I certify that I am admitted to practice before this Court.

Dated: New York, New York
July 25, 2008

           Yours, etc.

           LYNN & CAHILL LLP

           By *[signature]*
           Paul A. Winick (PW-6710)
           *Attorneys for Defendants*
           *The Yankee Systems, Inc. and*
           *Joseph Fishbein*
           58 West 40th Street
           New York, New York 10018
           (212) 719-4400

To:    Orseck Law Offices PLLC
        *Attorneys for Plaintiff, Aida Markisic*
        1924 State Route 52
        P.O. Box 469
        Liberty, New York 12754

        Kushnick & Associates, P.C.
        *Attorneys for Defendants Partridge & Partridge*
        *Realty Corp., Chris Partridge and Hewes Station LLP*
        445 Broad Hollow Road, Suite 124
        Melville, New York 11747

        Westerman, Ball, Ederer, Miller & Sharfstein LLP
        170 Old Country Road, Suite 400
        Mineola, New York 11501

        Philip J. Campisi, Jr.
        Westerman, Ball, Ederer, Miller & Sharfstein LLP
        170 Old Country Road, Suite 400
        Mineola, New York 11501

        Acme Realty, Inc.
        3297 23rd Street
        Astoria, New York 11106

        Antonio Hector Augusti
        200 Whitehorn Drive
        Miami Springs, Florida 33166