# LYNN & CAHILL LLP
## 58 West 40th Street
## New York, New York 10018

T: 212.719.4400
F: 212/719.4440
www.lynncahill.com

email: pwinick@lynncahill.com

July 25, 2008

*Via Facsimile (914) 390-4179*
Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 363
White Plains, New York 10601

**MEMO ENDORSED**

Re: Markisic v. The Yankee Systems, Inc., et al
Case No. 08-cv-05478 (SCR)

Your Honor:

We are incoming counsel for Defendants The Yankee Systems, Inc. and Joseph Fishbein in the referenced case. We will be filing a Notice of Appearance today.

Plaintiff has agreed to grant these defendants an extension of time through and including August 15, 2008 in which to respond to the pending Amended Complaint. Pursuant to direction from your Chambers, we are providing the Court with this copy of the letter granting this time extension.

Very truly yours,

Lynn & Cahill, LLP

Paul A. Winick

Encl.

cc: Gerald Orseck Esq.
(via facsimile (845) 292-6749)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*Handwritten endorsement:* Defendants Yankee Systems, Inc and Joseph Fishbein have until 8/15/08 to respond to the amended complaint.

**APPLICATION GRANTED**
Stephen C. Robinson
HON. STEPHEN C. ROBINSON   7/25/08