*Robinson, J*

# LYNN & CAHILL LLP

pwinick@lynncahill.com

July 18, 2008

Via Federal Express

Gerald Orseck, Esq.
Orseck Law Offices PLLC
1924 State Route 52
Liberty, New York 12754

    Re: Aida Marckisic v. The Yankee Systems, Inc., et al
         08-cv-05478 (SCR)

Dear Mr. Orseck:

    As you know, we represent Joseph Fishbein and The Yankee Systems, Inc. in the above-referenced litigation.

    This letter is to confirm our telephone conversation this morning, in which you agreed that the time in which The Yankee Systems, Inc. and Joseph Fishbein may file a response to the Amended Complaint is extended to August 15, 2008.

    Thank you for your courtesy in granting this extension of time. As we discussed, I would appreciate it if you would countersign the letter below where we have provided a line for your signature, and return the letter to me in the envelope provided.

    Should you need to contact me for any reason, do not hesitate to do so. The best way to reach me during the next week is on my cell phone, (914) 329-2985, or by email at pwinick@lynncahill.com.

Very truly yours,

Paul A. Winick

Encl.

AGREED:

Gerald Orseck, Esq.

So ORDERED

*[signature]*
U.S.D.J.

DATED: 8/4/08

58 West 40th Street, New York, NY 10018 | T 212-719-4400  F 212-719-4440 | www.lynncahill.com