# LYNN & CAHILL LLP
58 West 40th Street
New York, New York 10018

T: 212.719-4400
F: 212/719.4440
www.lynncahill.com

email: pwinick@lynncahill.com

July 25, 2008

*Via Facsimile (914) 390-4179*
Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 363
White Plains, New York 10601

**MEMO ENDORSED**

Re: Markisic v. The Yankee Systems, Inc., et al
Case No. 08-cv-05478 (SCR)

Your Honor:

    We are incoming counsel for Defendants The Yankee Systems, Inc. and Joseph Fishbein in the referenced case.

    Pursuant to Your Honor's Individual Practices, the purpose of this letter is to request Court approval of a briefing schedule for a motion to dismiss that will be filed on behalf of these defendants. Gerald Orseck, attorney for Plaintiff, has agreed to the following schedule:

| | |
|---|---|
| August 15, 2008 | Defendants to file initial motion papers. |
| September 16, 2008 | Plaintiff to file opposition papers. |
| September 30, 2008 | Defendants to file reply papers. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Hon. Stephen C. Robinson
United States District Judge
August 6, 2008
Page 2

We respectfully request that the Court approve this briefing schedule.

Very truly yours,

Lynn & Cahill, LLP

Paul A. Winick

Encl.

cc:  Gerald Orseck Esq.
     (via facsimile (845) 292-6749)

     Craig C. Handler, Esq.
     Kushner & Associates, P.C.
     (via facsimile (631) 777-7732)

So Ordered:

*Stephen C Robinson*

U. S. D. J.          3/11/08