Paul A. Winick (PW-6710)
LYNN & CAHILL LLP
58 W. 40th Street
New York, New York 10018
(212) 719-4400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------:
AIDA MARKISIC,                                              :
                                                            :
               Plaintiff                 :    Case No. 08-cv-05478 (SCR)
                                                            :
            v.                                          :
                                                            :
THE YANKEE SYSTEMS, INC., JOSEPH                            :    **NOTICE OF MOTION**
FISCHBEIN, PARTRIDGE & PARTRIDGE                            :    **TO DISMISS**
REALTY CORP., CHRIS PARTRIDGE,                              :
WESTERMAN, BALL EDERER, MILLER &                            :
SHARFSTEIN, LLP, PHILIP J. CAMPISI, JR.,                    :
ACME REALTY INC., ANTONIO HECTOR                            :
AUGUSTI and HEWES STATION, LLC,                             :
                                                            :
               Defendants.               :
-----------------------------------------------------------:

PLEASE TAKE NOTICE THAT upon the annexed Affirmation of Paul A. Winick, Esq., the Memorandum of Law submitted herewith and upon the prior pleadings and proceedings in this action, defendants The Yankee Systems, Inc. and Joseph Fishbein (collectively, the "Moving Defendants"), by their attorneys, Lynn & Cahill LLP, at a time and place to be determined by the Court, will move this Court, upon the grounds that (a) the Amended Complaint (a) fails to state a claim upon which relief can be granted; (b) that Plaintiff lacks the capacity to bring the claims alleged in the Amended Complaint; and (c) that the Court lacks subject matter jurisdiction. For an order, pursuant to Federal Rules of Civil Procedure 12(b) (1) and (6) and 9(a), dismissing the Plaintiff's Amended Complaint in its entirety as against the Moving Defendants, with prejudice, and for such

other and further relief as the Court deems just and proper,

Dated: New York, New York
       August 15, 2008

                                                    Yours, etc.

                                                  LYNN & CAHILL LLP

                                                  By __s/ Paul A. Winick_____
                                                        Paul A. Winick (PW-6710)
                                                 *Attorneys for Defendants*
                                                 *The Yankee Systems, Inc. and*
                                                 *Joseph Fishbein*
                                                 58 West 40th Street
                                                 New York, New York 10018
                                                 (212) 719-4400

To:     Orseck Law Offices PLLC
          *Attorneys for Plaintiff, Aida Markisic*
          1924 State Route 52
          P.O. Box 469
          Liberty, New York 12754

          Kushnick & Associates, P.C.
          *Attorneys for Defendants Partridge & Partridge*
          *Realty Corp., Chris Partridge and Hewes Station LLP*
          445 Broad Hollow Road, Suite 124
          Melville, New York 11747

          Westerman, Ball, Ederer, Miller & Sharfstein LLP
          170 Old Country Road, Suite 400
          Mineola, New York 11501

          Philip J. Campisi, Jr.
          Westerman, Ball, Ederer, Miller & Sharfstein LLP
          170 Old Country Road, Suite 400
          Mineola, New York 11501

-3-

Acme Realty, Inc.
3297 23rd Street
Astoria, New York 11106

Antonio Hector Augusti
200 Whitehorn Drive
Miami Springs, Florida 33166