## **CERTIFICATE OF SERVICE**

Ronald Adelman, an attorney licensed to practice before the Courts of the State of New York, hereby affirms, under penalty of perjury, that on August 15, 2008 he served the annexed Memorandum of Law by placing same, in a mailing wrapper, with first class domestic postage applied, in a depository for the receipt of U. S. mail, addressed to the following:

Westerman, Ball, Ederer, Miller & Sharfstein LLP
    170 Old Country Road, Suite 400
    Mineola, New York 11501

    Philip J. Campisi, Jr.
    Westerman, Ball, Ederer, Miller & Sharfstein LLP
    170 Old Country Road, Suite 400
    Mineola, New York 11501

    Acme Realty, Inc.
    3297 23rd Street
    Astoria, New York 11106

    Antonio Hector Augusti
    200 Whitehorn Drive
    Miami Springs, Florida 33166

and by ECF on the following

Orseck Law Offices PLLC
    *Attorneys for Plaintiff, Aida Markisic*
    1924 State Route 52
    P.O. Box 469
    Liberty, New York 12754

    Kushnick & Associates, P.C.
    *Attorneys for Defendants Partridge & Partridge*
    *Realty Corp., Chris Partridge and Hewes Station LLP*
    445 Broad Hollow Road, Suite 124
    Melville, New York 11747

New York, New York
August 15, 2008

                                                             s/Ronald Adelman_____