UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AIDA MARKISIC,                                  Case No. 08-cv-05478

                Plaintiff,                  JUDGE ROBINSON

     -against-                              MAGISTRATE SMITH

THE YANKEE SYSTEMS, INC., JOSEPH
FISCHBEIN, PARTRIDGE & PARTRIDGE
REALTY CORP., CHRIS PARTRIDGE,
WESTERMAN, BALL, EDERER, MILLER
& SHARFSTEIN, LLP, PHILIP J. CAMPISI,
JR., ACME REALTY INC., ANTONIO HECTOR
AUGUSTI and HEWES STATION, LLC,

                Defendants.

-----------------------------------------------------------------X


**PLAINTIFF'S MEMORANDUM OF LAW
IN OPPOSITION TO MOTION BY DEFENDANTS
THE YANKEE SYSTEMS, INC. AND JOSEPH FISCHBEIN
TO DISMISS AMENDED COMPLAINT FOR FAILURE
TO STATE A CAUSE OF ACTION**


Gerald Orseck,
Of Counsel

                                   ORSECK LAW OFFICES PLLC
                                   Attorneys for Plaintiff
                                   1924 State Route 52, P.O. Box 469
                                   Liberty, NY  12754
                                   (845) 292-5800

## I. INTRODUCTORY STATEMENT

The defendants Yankee Systems, Inc. and Joseph Fischbein (hereafter "Yankee/Fischbein") move to dismiss the amended complaint by motion papers served and filed electronically on August 15, 2008. The motion is identical to a motion now pending before this Court filed by their co-defendants Partridge & Partridge Realty Corp., Chris Partridge, and Hewes Station, LLC (hereafter "Partridge/Hewes").

## II. ARGUMENT

Because the issues raised by Yankee/Fischbein in their motion to dismiss are identical to those raised by Partridge/Hewes, plaintiff requests that its papers served and filed in opposition to the Partridge/Hewes co-defendants' motion to dismiss be read and considered by this Court in opposition to the instant Yankee/Fischbein motion.

## III. CONCLUSION

For the same reasons urged by the plaintiff in its memorandum of law dated August 6, 2008 filed in opposition to the motion to dismiss by co-defendants Partridge/Hewes, the motion to dismiss by defendants Yankee/Fischbein should be denied.

Dated: Liberty, New York
August 18, 2008

Respectfully submitted,

ORSECK LAW OFFICES PLLC

By: /s/
Gerald Orseck (GO 9913)
Attorneys for Plaintiff
PO Box 469
Liberty, NY 12754
(845)292-5800