## AFFIDAVIT OF SERVICE

Dolores Stock, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Roscoe, New York.

That on the 18th day of August, 2008, deponent served a copy of the within

**PLAINTIFF'S MEMORANDUM OF LAW
IN OPPOSITION TO MOTION BY DEFENDANTS
THE YANKEE SYSTEMS, INC. AND JOSEPH FISCHBEIN
TO DISMISS AMENDED COMPLAINT FOR FAILURE
TO STATE A CAUSE OF ACTION**

by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of United Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Craig H. Handler, Esq.
Kushnick & Associates, P.C.
Attys. for Partridge & Partridge Realty, Chris Partridge and Hewes Station LLC
445 Broad Hollow Road, Suite 124
Melville, NY 11747

Paul A. Winick, Esq.
Lynn & Cahill, LLP
Attys. for Fischbein and The Yankee Systems
500 Fifth Avenue
New York, NY 10110

Philip J. Campisi, Jr., Esq.
Westerman, Ball, Ederer, Miller & Sharfstein, LLP
170 Old Country Road, Suite 400
Mineola, NY 11501

Acme Realty Inc.
3297 23rd Street
Astoria, NY 11106

Antonio Hector Augusti
200 Whitehorn Drive
Miami Springs, FL 33166

_____
Dolores Stock

Sworn to before me this
18th day of August, 2008.

_____
Notary Public

GERALD ORSECK
Notary Public, State Of New York
Sullivan County Clerk's #762
Commission Expires November 30, 20__