IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

AIDA MARKISIC,

       Plaintiff

   -against-

THE YANKEE SYSTEMS, INC., JOSEPH
FISCHBEIN, PARTRIDGE & PARTRIDGE
REALTY CORP., CHRIS PRTRIDGE,
WESTERMAN BALL EDERER MILLER &
SHARFSTEIN, LLP, PHILIP J. CAMPISI, JR.,
ACME REALTY INC., ANTONIO HECTOR
AUGUSTI and HEWES STATION, LLC,

       Defendants.
------------------------------------------------------------X

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii) AS AGAINST
DEFENDANTS WESTERMAN
BALL EDERER MILLER &
SHARFSTEIN, LLP and
PHILIP J. CAMPISI, JR.

CASE NO.: 08-cv-05478(SCR)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii) AS AGAINST DEFENDANTS
WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP
AND PHILIP J. CAMPISI, JR.**

    Pursuant TO F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff Aida Markisic and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendants Westerman Ball Ederer Miller & Sharfstein, LLP and Philip J. Campisi, Jr.

Dated: August 26 2008

                Orseck Law Offices PLLC

   By:                           
                Gerald Orseck (GO   ) GO(9913)
                1924 State Route 52, P.O. Box 469
                Liberty, New York 12754
                (842) 292-5800
                *Attorneys for Plaintiff*